# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN MANAGEMENT, LLC; SAUNDERS OUTDOOR ADVERTISING, INC.; and BUTANA SAND AND GRAVEL, LLC,<br><br>Defendants. | No. CV 20-06-BU-SEH<br><br>**ORDER** |

The Complaint for Declaratory Judgment in this case was filed on January 24, 2020.[1] "Waiver[s] of the Service of Summons" were filed on February 24, 2020, February 25, 2020, and March 20, 2020.[2] Each defendant waived the service of summons and answers or other responsive pleadings were due on or before April 10, 2020.[3]

On April 10, 2020, Defendant Aspen Management, LLC filed its Amended Unopposed Motion for Extension of Time to Answer Complaint.[4] On April 10,

---

[1] See Doc. 1.

[2] See Docs. 3, 4, and 5.

[3] See Docs. 3, 4, and 5.

[4] Doc. 7.

2020, the Court issued an Order[5] granting the motion and directing Defendant Aspen Management, LLC to file an answer on or before May 15, 2020.[6] As of the date of this Order, no answers have been filed by any of the defendants.

ORDERED:

Plaintiff shall forthwith take all steps necessary and appropriate to move for entry of default of Defendants Aspen Management, LLC, Saunders Outdoor Advertising, Inc., and Butana Sand and Gravel, LLC for failure to answer or respond, or, in the alternative, Plaintiff shall personally appear before the Court at 10:00 a.m. on Friday, June 5, 2020, **at the Paul G. Hatfield Courthouse, Helena, Montana**, to show cause, if any, why this case should not be dismissed for failure to prosecute.

DATED this 1st day of June, 2020.

SAM E. HADDON
United States District Judge

---

[5] Doc. 8.

[6] *See* Doc. 8 at 2.

-2-