Paul N. Tranel  
Ryan T. Heuwinkel  
BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.  
283 West Front, Suite 201  
Post Office Box 7729  
Missoula, Montana  59807-7729  
Telephone: (406) 532-7800  
Facsimile: (406) 549-2253  
Email:  mail@bebtlaw.com  
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　-vs.-<br><br>ASPEN MANAGEMENT, LLC; SAUNDERS OUTDOOR ADVERTISING, INC.; and BUTANA SAND AND GRAVEL, LLC,<br><br>　　　　Defendants. | Cause No. CV-20-00006-SEH<br><br>**NOTICE OF SETTLEMENT** |

---

Plaintiff American Fire and Casualty Company, by and through the undersigned counsel, and in response to this Court's Order dated June 1, 2020 (Doc. 10), notifies the Court that this insurance coverage lawsuit, along with the underlying lawsuit that gave rise to this lawsuit*, Saunders Outdoor Advertising, Inc. v. Aspen Management, et al.,* Cause No. CV-19-26-BU-SEH, has settled.  Since the settlement, the parties have been working to finalize and execute on the appropriate release, at which time

Plaintiff American Fire and Casualty Company will file a Notice of Voluntary Dismissal of this lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, given that all controversies between the parties to this lawsuit have been resolved and there is no need for Defendants to answer or Plaintiff to seek default, Plaintiff American Fire and Casualty Company respectfully requests that the Court vacate the show cause hearing set for June 5, 2020 and Order Plaintiff to file dismissal papers within 30 days.

DATED this 2nd day of June, 2020.

       /s/ Ryan T. Heuwinkel
Ryan T. Heuwinkel
BOHYER, ERICKSON,
BEAUDETTE & TRANEL, P.C.
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer, Erickson, Beaudette & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing on the following persons by the following means:

| | |
|---|---|
| __1-3__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, U.S. District Court

2. Carrie R. Wasserburger
   Wasserburger Law, PLLC
   1700 W. Koch Street, Ste. 10
   Bozeman, MT 59718
   **Attorneys for Butana**

3. David L. Vicevich
   Lawrence E. Henke
   Vicevich Law
   524 E. Park Street, Suite B
   Butte, MT 59701
   **Attorneys for Aspen**

DATED this 2nd day of June, 2020.

                                      /s/ Ryan T. Heuwinkel
                                    Ryan T. Heuwinkel
                                    BOHYER, ERICKSON,
                                    BEAUDETTE & TRANEL, P.C.
                                    *Attorneys for Plaintiff*