IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY, | No. CV-20-00006-SEH |
| Plaintiff, | |
| -vs.- | **ORDER** |
| ASPEN MANAGEMENT, LLC; SAUNDERS OUTDOOR ADVERTISING, INC.; and BUTANA SAND AND GRAVEL, LLC, | |
| Defendants. | |

---

A Notice of Settlement having been filed,[1]

ORDERED:

1. The show cause hearing set for Friday June 5, 2020 is VACATED.

2. Plaintiff shall file a Fed. R. Civ. P. 41(a)(1)(A) Notice of Voluntary Dismissal of this lawsuit within 30 days of the date of this order

DATED this _____ day of June, 2020.

    SAM E. HADDON
    United States District Judge

---

[1] Doc. 11.