# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN MANAGEMENT, LLC; SAUNDERS OUTDOOR ADVERTISING, INC.; and BUTANA SAND AND GRAVEL, LLC,<br><br>Defendants. | No. CV 20-06-BU-SEH<br><br>**ORDER** |

The parties having filed a Stipulation for Dismissal with Prejudice,

ORDERED:

This case is DISMISSED with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees.

DATED this 24th day of June, 2020.

*[signature]*

SAM E. HADDON
United States District Judge